FILED
ASHEVILLE, N.C.

FEB - 9 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: SEARCH WARRANT | ) | DOCKET NO. 1:09MJ8 |
| | ) | |
| | ) | ORDER TO SEAL SEARCH WARRANT |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Search Warrant, Application for Search Warrant, the Motion to Seal and any other related documents be sealed.

THIS the 9th day of February, 2009.

_____
MAGISTRATE JUDGE